# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **S&R Equipment Rentals LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Tool Time Equipment Rental & Sales** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1166253** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1320 N. Milford Road** **Highland, MI 48357** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Oakland** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  **tooltimerentals.com**

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

| Debtor | **S&R Equipment Rentals LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. Check **all** that apply:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **S&R Equipment Rentals LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
Contact name
Phone

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

| Debtor | S&R Equipment Rentals LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

☐ $50,001 - $100,000  ☐ $10,000,001 - $50 million  ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000  ☐ $50,000,001 - $100 million  ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million  ☐ $100,000,001 - $500 million  ☐ More than $50 billion

| Debtor | S&R Equipment Rentals LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 29, 2025**
MM / DD / YYYY

**X /s/ Kenneth Sullivan**                                **Kenneth Sullivan**
Signature of authorized representative of debtor          Printed name

Title **sole shareholder**

**18. Signature of attorney**

**X /s/ George E. Jacobs**                               Date **May 29, 2025**
Signature of attorney for debtor                         MM / DD / YYYY

**George E. Jacobs P36888**
Printed name

**Bankruptcy Law Offices**
Firm name

**2425 S. Linden Rd.**
**Ste. C**
**Flint, MI 48532**
Number, Street, City, State & ZIP Code

Contact phone **(810) 720-4333**     Email address **george@bklawoffice.com**

**P36888 MI**
Bar number and State

# United States Bankruptcy Court
## Eastern District of Michigan - EDMI

In re **S&R Equipment Rentals LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

**STATEMENT OF ATTORNEY FOR DEBTOR(S)**
**PURSUANT TO F.R.BANKR.P. 2016(b)**

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ] **FLAT FEE**
   - A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   - B. Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   - C. The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

   [ **X** ] **RETAINER**
   - A. Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8,262.00**
   - B. The undersigned shall bill against the retainer at an hourly rate of $ **350.00**. [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **1,738.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   - A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   - B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   - C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   - D. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   - E. Reaffirmations;
   - F. Redemptions;
   - G. Other:
     **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

6. The source of payments to the undersigned was from:
   - A. **XX** Debtor(s)' earnings, wages, compensation for services performed
   - B. _____ Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **May 29, 2025**

**/s/ George E. Jacobs**
Attorney for the Debtor(s)
**George E. Jacobs**
**Bankruptcy Law Offices**
**2425 S. Linden Rd.**
**Ste. C**
**Flint, MI 48532**
**(810) 720-4333**
**george@bklawoffice.com**
**P36888 MI**

Agreed: **/s/ Kenneth Sullivan**
**Kenneth Sullivan**
Debtor

Debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | S&R Equipment Rentals LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN - EDMI |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May 29, 2025**    X **/s/ Kenneth Sullivan**
                                  Signature of individual signing on behalf of debtor

**Kenneth Sullivan**
Printed name

**sole shareholder**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

George E. Jacobs
Bankruptcy Law Offices
2425 S. Linden Rd.
Ste. C
Flint, MI 48532


IRS-Special Procedures
P.O.BOX 330500
Stop 15
Detroit, MI 48232


Attorney General
Law Building
525 Ottawa
Lansing, MI 48913


U.S. Attorney
Attn: Civil Division
210 Federal Building
600 Church Street
Flint, MI 48502


U.S. Trustee
211 West Fort Street
Ste. 700
Detroit, MI 48226


ADP
P.O. Box 830272
Philadelphia, PA 19182-0272


American Express
P.O. Box 7863
Fort Lauderdale, FL 33329-7863


American Express
P.O. Box 7863
Fort Lauderdale, FL 33329-7863


American Express
P.O. Box 0001
Los Angeles, CA 90096-8000


AMTrust North America
P.O. Box 6939
Cleveland, OH 44101-1939

ARA Insurance Services
11225 College Blvd.
Overland Park, KS 66210


Auto Value Highland
3501 Highland Rd.
Milford, MI 48380


Auto-Wares
2284 Momentum PL.
Chicago, IL 60689-5322


Bay First Loan
700 Central Ave.
Saint Petersburg, FL 33701


BCL Capital
30600 Telegraph
Bingham Farms, MI 48025


BHG
P.O. Box 980938
West Sacramento, CA 95798


Biljax
P.O. Box 635622
Cincinnati, OH 45263-5622


Candy Capital
c/o David Fogal Esq.
12225 Franklin Ave.
Garden City, NY 11530


Capital One Sparks 0410
P.O. Box 6492
Carol Stream, IL 60197-6492


Carelton Equipment
31231 Schoolcraft Rd.
Livonia, MI 48150


Carrie A. Sullivan

Charter Townshop of Highland
205 Nort John St.
Highland, MI 48357

Charter Townshop of Highland
205 Nort John St.
Highland, MI 48357

Comcast
P.O. Box 3006
Southeastern, PA 19398


Consumers Energy
Bankruptcy Department
400 Coolidge Hwy.
Royal Oak, MI 48073


Cormidi USA
292 Roosevelt Dr.
Seymour, CT 06843


Corrigan Oil Co.
775 N. Seecond St.
11800 Pleasant Street
Brighton, MI 48116


Detroit Hitch
651 Rochester Rd.
Clawson, MI 48017-1789


Ditch Witch
3401 W. Grand Rapids Ave.
Howell, MI 48855


Ditch Witch Financial
P.O. Box 7167
Pasadena, CA 91109-7167

Ditch Witch Financial
P.O. Box 7167
Pasadena, CA 91109-7167

DTE
1 Energy Plaza
Detroit, MI 48226

Enterprise Recovery-Paypal
301 Lacey
Westchester, PA 19380


Family Funding: Empire
10 W 37 St. RM 602
New York, NY 10018


First Citizens Bank
21146 Network Place
Chicago, IL 60673


Flint New Holland
3266 E. Bristol Road
Burton, MI 48529


FW Leasing
100 Prairie Center Dr.
Eden Prairie, MN 55344


Han's Auto Electric
28003 Center Oaks Ct., Ste 109
Wixom, MI 48393


J&K Land Development
1320 N. Milford Rd.
Highland, MI 48357


Kapitus LLC
2500 Wilson Blvd., Ste. 350
Arlington, VA 22201


Kubota Credit Corp
P.O. Box 2046 Grapevine
Grapevine, TX 76099


Lend Bug
157 Church St.
New Haven, CT 06501


MWE
777 Manor Park Dr.
Columbus, OH 43228

NAPA Auto Parts
5959 Collections Center Dr.
Chicago, IL 60693


Oakland County Treasurer
1200 N. Telegraph Rd. Dept. 479
Bldg. 12 East
Pontiac, MI 48341


Overton Funding
2802 N. 29th Ave.
Hollywood, FL 33020


Oxford Bank
60 S Washington St
Oxford, MI 48371


Pace Inc.
739 S. Mill St.
Plymouth, MI 48170


Safety-Kleen
P.O. Box 975201
Dallas, TX 75397-5201


SBA
2 North St. , Ste. 320
Birmingham, AL 35203


State of Mchigan
P.O. Box 30324
Lansing, MI 48909


Virginia Abrasives
c/o Berkshire Bank
P.O. Box 921
Worcester, MA 01613


Wells Fargo
301 E. 58th St. N
Sioux Falls, SD 57104