Fill in this information to identify the case:

Debtor name: **S&R Equipment Rentals LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN - EDMI**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 7863 Fort Lauderdale, FL 33329-7863 | 800-528-4800 | credit card | | | | $19,412.84 |
| American Express P.O. Box 7863 Fort Lauderdale, FL 33329-7863 | 800-528-4800 | credit card | | | | $18,821.89 |
| American Express P.O. Box 0001 Los Angeles, CA 90096-8000 | 800-528-4800 | credit card | | | | $16,184.76 |
| Bay First Loan 700 Central Ave. Saint Petersburg, FL 33701 | 833-698-2265 | MCA loan | | $145,413.94 | $0.00 | $145,413.94 |
| BCL Capital 30600 Telegraph Bingham Farms, MI 48025 | 212-841-6330 | MCA | | $145,000.00 | $0.00 | $145,000.00 |
| BHG P.O. Box 980938 West Sacramento, CA 95798 | 800-617-2345 | MCA | | $21,683.37 | $0.00 | $21,683.37 |
| Candy Capital c/o David Fogal Esq. 12225 Franklin Ave. Garden City, NY 11530 | David Fogel 516-279-1420 | MCA | | | | $25,382.40 |
| Capital One Sparks 0410 P.O. Box 6492 Carol Stream, IL 60197-6492 | 734-421-8999 | credit card | | | | $13,186.88 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

| Debtor | S&R Equipment Rentals LLC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| | | | | | | |
| | | | | | | |
| Ditch Witch Financial P.O. Box 7167 Pasadena, CA 91109-7167 | service1@financial-svcs.com 800266-3255 | equipment | | | | $6,183.00 |
| Ditch Witch Financial P.O. Box 7167 Pasadena, CA 91109-7167 | service1@financial-svcs.com 800266-3255 | equipment | | | | $5,000.00 |
| Enterprise Recovery-Paypal 301 Lacey Westchester, PA 19380 | dbolling@enterpriserecovery.com 484265-8484 | MCA | | $75,000.00 | $0.00 | $75,000.00 |
| Family Funding: Empire 10 W 37 St. RM 602 New York, NY 10018 | empirerecover@leagadepa 646-540-3575 | MCA | | | | $23,588.32 |
| First Citizens Bank 21146 Network Place Chicago, IL 60673 | 800-253-0157 | MCA | | $170,000.00 | $0.00 | $170,000.00 |
| J&K Land Development 1320 N. Milford Rd. Highland, MI 48357 | 248-388-2848 | rent | | | | $22,000.00 |
| Kapitus LLC 2500 Wilson Blvd., Ste. 350 Arlington, VA 22201 | chbell@kapitusservicing.com 646-540-3575 | MCA | | $130,000.00 | $0.00 | $130,000.00 |
| Kubota Credit Corp P.O. Box 2046 Grapevine Grapevine, TX 76099 | kubotacreditusa.com 800-62407082 | equipment | | | | $17,637.00 |
| Overton Funding 2802 N. 29th Ave. Hollywood, FL 33020 | 800-346-3958 | MCA | | $20,000.00 | $0.00 | $20,000.00 |
| SBA 2 North St. , Ste. 320 Birmingham, AL 35203 | Susan Ulceny covideidlservicing@sba.gov 833-8535638 | Bank loan | | $499,000.00 | $0.00 | $499,000.00 |

Official form 204　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　page 2

25-45516-mar    Doc 4    Filed 05/29/25    Entered 05/29/25 15:12:23    Page 2 of 2